1 | Michael I. Katz (CA State Bar No. 181728)
  |     E-Mail: mkatz@mabr.com
2 | MASCHOFF BRENNAN
  | 100 Spectrum Center Drive, Suite 1200
3 | Irvine, California 92618
  | Telephone:  (949) 202-1900
4 | Facsimile:   (949) 453-1104
5 |
  | Attorneys for Defendant VIZIO, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SOCKEYE LICENSING TX LLC, | Case No. 8:18-cv-02148-AG-JDE |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | Complaint served: December. 13, 2013 |
| VIZIO, INC., | |
| Defendant. | |

This Stipulation is entered into by and among plaintiff Sockeye Licensing TX LLC and defendant VIZIO, Inc (collectively, "the Parties", by and through their counsel.

WHEREAS, Plaintiff filed a complaint in the District Court, Central District of California, on December 4, 2018, and served the Complaint on VIZIO, Inc. on December 13, 2018;

WHEREAS, all Parties have agreed to dismiss the entire action, with prejudice, and agreed that each party shall bear its own costs;

NOW THEREFORE, it is hereby stipulated by and between the Parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: January 29, 2019

MASCHOFF BRENNAN, LLP

By: */s/ Michael I. Katz*
Michael I. Katz
Attorneys for Defendant VIZIO, INC.

DATED: January 29, 2019

WATSON LLP

By: */s/ Coleman Watson*
Coleman Watson