# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCKEYE LICENSING TX LLC,<br><br>       Plaintiffs,<br><br>  v.<br><br>VIZIO, INC.,<br><br>       Defendant. | Case No. 8:18-cv-02148-AG-JDE<br><br>**ORDER GRANTING DISMISSAL BASED ON PARTIES' STIPULATION**<br><br>Complaint served: December. 13, 2013 |

    The parties having stipulated to a dismissal of this entire action with each party to bear its own costs, and good cause appearing, this action is dismissed with prejudice.

    **IT IS SO ORDERED.**

DATED: January 31, 2019

                                                      The Honorable Andrew J. Guilford
                                                    United States District Court Judge